# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES FLOYD, JR.,** | : | CIVIL ACTION NO. 1:16-CV-1420 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH, PA. STATE ATTORNEY GENERAL,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of May, 2017, upon consideration of the motions (Docs. 12-13) filed by *pro se* plaintiff Charles Floyd, Jr. ("Floyd"), requesting that the court withdraw the referral of this matter to Chief Magistrate Judge Susan E. Schwab for pretrial management and that the undersigned rule forthwith on Floyd's other pending motions (Docs. 10-11),[1] and the court finding that Floyd's allegations against Chief Magistrate Judge Schwab are wholly without foundation, and that Floyd demonstrates no basis on which to withdraw the referral, and the court further finding that Chief Magistrate Judge Schwab has timely and effectively managed the docket *sub judice*, it is hereby ORDERED that Floyd's motions (Docs. 12-13) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Floyd styles his motion as one for "recusal" of Chief Magistrate Judge Schwab. A judge may disqualify himself or herself *sua sponte* or on motion of the parties under the federal recusal statutes, see 28 U.S.C. §§ 144, 455, but may not "recuse" or "disqualify" another judicial officer. The court accordingly construes Floyd's motion as a request to withdraw the court's referral of this matter to Chief Magistrate Judge Schwab for pretrial management.